```
         UNITED STATES DISTRICT COURT FOR THE
           WESTERN DISTRICT OF NORTH CAROLINA
                   ASHEVILLE DIVISION
                    1:05CV231-MU-01
```

```
JOHNNY A. FOX,                    )
                                  )
     Petitioner,                  )
                                  )
         v.                       )    O R D E R
                                  )
DOUG MITCHELL, supt.,             )
                                  )
     Respondent.                  )
_____)
```

**THIS MATTER** is before the Court upon its own motion

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Such a petition requires a filing fee of $5.00. Petitioner has neither paid the filing fee nor filed an application to proceed in forma pauperis.

**IT IS, THEREFORE, ORDERED that** within thirty days of the filing of this Order, Petitioner must either pay the filing fee or submit a Motion to Proceed In Forma Pauperis. Petitioner is warned that failure to comply with this Order may result in the dismissal of his habeas petition.

**Signed: June 9, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge