```
UNITED STATES DISTRICT COURT FOR THE
    WESTERN DISTRICT OF NORTH CAROLINA
             ASHEVILLE DIVISION
              1:05CV231-MU-01
```

| | |
|---|---|
| JOHNNY A. FOX, )  | |
| ) | |
|     Petitioner, ) | |
| ) | |
|       v. ) | O R D E R |
| ) | |
| DOUG MITCHELL, supt., ) | |
| ) | |
|     Respondent. ) | |

**THIS MATTER** is before the Court upon its own motion

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Such a petition requires a filing fee of $5.00. Petitioner has neither paid the filing fee nor filed an application to proceed in forma pauperis.

**IT IS, THEREFORE, ORDERED that** within thirty days of the filing of this Order, Petitioner must either pay the filing fee or submit a Motion to Proceed In Forma Pauperis. Petitioner is warned that failure to comply with this Order may result in the dismissal of his habeas petition.

**Signed: June 9, 2005**

*Graham C. Mullen*
Chief United States District Judge