# United States District Court
# For The Western District of North Carolina
# Asheville Division



JOHNNY A. FOX,

    Petitioner,

vs.

HUGH DOUGLAS MITCHELL,

    Respondent..

JUDGMENT IN A CIVIL CASE

1:05cv231-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2005 Order.

September 30, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*

Elizabeth Barton, Deputy Clerk